

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

FILED
DEC 13 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   v.   ALVARO RIOS-MADRID,   aka Raul Rios,   aka El Viejon,   aka Tio   Defendant. | Case No. 2:12-CR-0439 KJM  **ORDER TO SEAL** (Under Seal) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael M. Beckwith to seal the indictment, and this Order, in the above-referenced case, shall be sealed until further order of this Court.

DATED: December 13, 2012

_____
EDWARD F. BRENNAN
United States Magistrate Judge

3