BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

Attorneys for Plaintiff
United States of America





FEB 24 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0439 KJM |
|---|---|
| Plaintiff, | [PROPOSED] AMENDED ORDER SEALING DOCUMENTS |
| v. | |
| ALVARO RIOS MADRID, | |
| Defendant. | |

The government's request to amend the sealing order filed on December 13, 2012, in this case is granted. The sealing order filed on December 13, 2012, shall be amended to allow the United States Attorney's Office for the Eastern District of Claifornia to share the sealed indictment and arrest warrant with the United States Department of Justice, Office of International Affairs, the United States Department of State, and any other federal agency involved in the extradition of the defendant from Mexico, including the United States Marshal's Service and the United States Drug Enforcement Agency.

Dated: 2/24/14

THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE