BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0439 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] PROTECTIVE ORDER** |
| ALVARO RIOS-MADRID, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorneys of record, and defendant Alvaro Rios-Madrid, by and through his counsel of record, hereby stipulate as follows:

1.  The discovery in this case is voluminous, and portions of the discovery contain personal information including, but not limited to, witnesses' names or other information that makes their identity readily apparent, residential addresses, social security numbers, telephone numbers, and email addresses (hereinafter "Protected Information").

2.  In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to the court proceedings in this matter.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

4. The Protective Order applies to all discovery containing Protected Information. Discovery that does not contain Protected Information is not subject to the Protective Order.

5. Defense counsel shall not give Protected Information or documents that contain Protected Information (or copies of such documents) to any person other than the defendant, counsel's staff, investigator(s), or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any person not: (1) regularly employed by counsel, or (2) hired by counsel as an independent contractor to work exclusively on this case, (3) licensed as an investigator, or (4) retained as an expert. The defendant, and defense counsel's staff, contractor(s), investigator(s), and expert(s) shall not give Protected Information or documents that contain Protected Information (or copies of such documents) to any person.

6. All filings in which Protected Information is contained shall be made in accordance with Federal Rule of Criminal Procedure 49.1.

7. If necessary, the parties may move to amend this stipulation and file an amended proposed order.

///
///
///
///
///
///
///
///
///

8. Nothing in this stipulation will be construed to prevent defense counsel, counsel's staff, investigator(s), or expert(s) a reasonable opportunity to prepare.

IT IS SO STIPULATED.

Dated: April 4, 2016                                  Respectfully Submitted,

                                                      BENJAMIN B. WAGNER
                                                      United States Attorney


                                              By:    /s/ *Michael M. Beckwith*
                                                      MICHAEL M. BECKWITH
                                                      Assistant U.S. Attorney


Dated: April 4, 2016

                                                      /s/ *Frank J. Ragen*
                                                      FRANK J. RAGEN
                                                      Attorney for the Defendant

                                                      /s/ *Danielle R. Peay*
                                                      DANIELLE R. PEAY
                                                      Attorney for the Defendant

                                                      /s/ *Dina L. Santos*
                                                      DINA L. SANTOS
                                                      Attorney for the Defendant


Pursuant to the stipulation of the parties, the proposed protective order is APPROVED AND SO ORDERED.

Dated: April 4, 2016.

                                                      EDMUND F. BRENNAN
                                                      United States Magistrate Judge