Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
ALVARO RIOS MADRID

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ALVARO RIOS MADRID,<br>          Defendant | CASE NO. 12-00439-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 12/13/16 AT 9:15 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, AUSA Michael Beckwith and AUSA Paul Hemesath, and Defendant Alvaro Rios Madrid, represented by Attorneys Frank Ragen, Dina Santos, and Danielle Peay; hereby stipulate as follows:

1. By previous order, this matter was set for status on October 18, 2016.

2. By this stipulation, Defendant now moves to continue the status conference until December 13, 2016 at 9:15 a.m., and to exclude time between October 18, 2016, and December 13, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for Defendant desire additional time to continue to review discovery, conduct investigation, engage in negotiations, and to otherwise prepare for trial. Counsel for Defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

   b) The government does not object to the continuance.

   c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2016 to December 13, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 5, 2016       PHILLIP A. TALBERT
                   United States Attorney

                   /s/ Michael Beckwith
                   MICHAEL BECKWITH
                   Assistant United States Attorney

Dated:  October 5, 2016       PHILLIP A. TALBERT
                   United States Attorney

                   /s/ Paul Hemesath
                   PAUL HEMESATH
                   Assistant United States Attorney

Dated:  October 5, 2016       /s/   Frank J. Ragen
                   FRANK J. RAGEN, ESQ.
                   Attorney for ALVARO RIOS MADRID

Stip. & [Proposed] Order Continuing Status Conf. &  2
Excluding Time Periods Under Speedy Trial Act

| | |
|---|---|
| Dated: October 5, 2016 | /s/   Danielle Peay<br>DANIELLE PEAY, ESQ.<br>Attorney for ALVARO RIOS MADRID |
| Dated: October 5, 2016 | /s/   Dina L. Santos<br>DINA L. SANTOS, ESQ.<br>Attorney for ALVARO RIOS MADRID |

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of October, 2016

/s/ John A. Mendez

---

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

3