Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
ALVARO RIOS MADRID

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>ALVARO RIOS MADRID,<br><br>                              Defendant | CASE NO. 12-00439-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 3/14/17 AT 9:15 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, AUSA Michael Beckwith and AUSA Paul Hemesath, and Defendant Alvaro Rios Madrid, represented by Attorneys Frank Ragen, Dina Santos, and Danielle Peay; hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 14, 2017.

2.      By this stipulation, Defendant now moves to continue the status conference until March 14, 2017 at 9:15 a.m., and to exclude time between February 14, 2017, and March 14, 2017, under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for Defendant desire additional time to continue to review discovery, conduct investigation, engage in negotiations, and to otherwise prepare for trial.  Counsel for Defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

      b)      The government does not object to the continuance.

      c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 14, 2017, to March 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 3, 2017                        PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ Michael Beckwith
                                              MICHAEL BECKWITH
                                              Assistant United States Attorney

Dated: February 3, 2017                        PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ Paul Hemesath
                                              PAUL HEMESATH
                                              Assistant United States Attorney

Dated: February 3, 2017                        /s/   Frank J. Ragen
                                              FRANK J. RAGEN, ESQ.
                                              Attorney for ALVARO RIOS MADRID

Dated: February 3, 2017           /s/   Danielle Peay
                                  DANIELLE PEAY, ESQ.
                                  Attorney for ALVARO RIOS MADRID

Dated: February 3, 2017           /s/   Dina L. Santos
                                  DINA L. SANTOS, ESQ.
                                  Attorney for ALVARO RIOS MADRID

**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of February, 2017

/s/ John A. Mendez
_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE