PHILLIP A. TALBERT
United States Attorney
MICHAEL M. BECKWITH
PAUL A. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT CALOURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>ALVARO RIOS MADRID,<br><br>           Defendant. | CASE NO. 2:12-CR-0439 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 18, 2017<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on March 14, 2017.

2. By this stipulation, defendants now move to continue the status conference until April 18, 2017 at 9:15 a.m., and to exclude time between March 14, 2017, and April 18, 2017 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for Defendant desire additional time to continue to review discovery, conduct investigation, engage in negotiations, and to otherwise prepare for trial.

    b) Additionally, the parties require more time to discuss and research a legal issue related to the disposition of the case.

    c) Counsel for defendant believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

        d)       The government does not object to the continuance.

        e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 14, 2017 to April 18, 2017 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 13, 2017                    PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ MICHAEL M. BECKWITH
                                                 MICHAEL M. BECKWITH
                                                 Assistant United States Attorney


Dated:  March 13, 2017                    /s/ PAUL A. HEMESATH
                                                 PAUL A. HEMESATH
                                                 Assistant United States Attorney


Dated:  March 13, 2017                    /s/ FRANK J. RAGEN
                                                 FRANK J. RAGEN
                                                 Counsel for Defendant
                                                 ALVARO RIOS MADRID

Dated: March 13, 2017    /s/ DANIELLE PEAY
                         DANIELLE PEAY
                         Counsel for Defendant
                         ALVARO RIOS MADRID

Dated: March 13, 2017    /s/ DINA L. SANTOS
                         DINA L. SANTOS
                         Counsel for Defendant
                         ALVARO RIOS MADRID

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of March, 2017

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE