| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | MICHAEL M. BECKWITH |
| | PAUL A. HEMESATH |
| 3 | KEVIN C. KHASIGIAN |
| | Assistant U. S. Attorneys |
| 4 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00439-JAM |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| ALVARO RIOS-MADRID, | |
| Defendant. | |

On April 4, 2017, defendant Alvaro Rios-Madrid entered a guilty plea to Count One of the Indictment, which charges him with Conspiracy to Distribute at Least Five Kilograms of Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 846.

As part of his plea agreement with the United States, defendant Alvaro Rios-Madrid agreed to forfeit voluntarily and immediately $1,000,000.00, as a personal money judgment pursuant to 21 U.S.C. § 853(a) and Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained directly or indirectly, as a result of a violation of 21 U.S.C. §§ 841(a)(1) and 846, to which he has pled guilty. See Defendant Rios-Madrid's Plea Agreement ¶ II.E. The United States hereby applies for entry of a money judgment as follows:

1.  Pursuant to 21 U.S.C. § 853(a) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Alvaro Rios-Madrid in the amount of

1

$1,000,000.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Alvaro Rios-Madrid's conviction for violating 21 U.S.C. §§ 841(a)(1) and 846 (Count One). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. An initial payment of $100,000.00 is due within 90 days of the date of entry of his guilty plea. The remaining $900,000.00 shall be paid on or before the date of sentencing. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Dated: 4/4/17　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　By: /s/ Michael M. Beckwith
　　　　　　　　　　　　　　　　　　　　　　MICHAEL M. BECKWITH
　　　　　　　　　　　　　　　　　　　　　　PAUL A. HEMESATH
　　　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　　　Assistant U. S. Attorneys

///
///
///
///
///
///
///

# **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Alvaro Rios-Madrid in the amount of $1,000,000.00. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. An initial payment of $100,000.00 is due within 90 days of the date of entry of his guilty plea. The remaining $900,000.00 shall be paid on or before the date of sentencing.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: 2/3/2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

Application and Order for Money Judgment