**FRANK J. RAGEN  Calif. Bar No. 54378**
**DINA L. SANTOS (*local counsel*) Calif. Bar No. 204200**
105 West "F" Street, Suite 215
San Diego, California  92101
Telephone No. (619) 231-4330
Facsimile No. (619) 239-0056
Email: fjragen@aol.com

Attorneys for Defendant
**ALVARO RIOS-MADRID**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-0439-JAM-1 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO UNSEAL SENTENCING HEARING TRANSCRIPT TO DEFENSE COUNSEL AND AUSA** |
| ALVARO RIOS-MADRID, | |
| Defendant. | |

Pursuant to the Motion to Unseal Sentencing Hearing Transcript by defense

counsel, IT IS FOUND AND ORDERED that the Transcript of the Sentencing

Hearing on February 4, 2020, be unsealed only to defense counsel, Frank J. Ragen

and the Assistant United States Attorney.

Dated: 2/11/2020

_____
**HONORABLE JOHN A. MENDEZ**
United States District Court Judge