

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

UNITED STATES OF AMERICA

                Plaintiff,

Case No.  2:12-cr-00439-JAM-1

v.

ALVARO RIOS-MADRID

                Defendant.

I,  FRANK A. PEREZ,  attorney for ALVARO RIOS-MADRID                             , hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | LAW OFFICE OF FRANK A. PEREZ |
| Address: | 9110 SCYENE RD. |
| City: | DALLAS |
| State: | TEXAS     ZIP Code:  75227 |
| Voice Phone: | ( 214) 828-9911 |
| FAX Phone: | ( 214) 828-2104 |
| Internet E-mail: | fapda@aol.com |
| Additional E-mail: | olgafrankperezlaw@outook.com |
| I reside in City: | Garland     State: Texas |

I was admitted to practice in the __United States District Court for the Northern District of Texas__ on __2/21/1995__. I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        __Victor Pippins__

Firm Name:   __Law Office of Victor Pippins__

Address:     __225 Broadway, Suite 2100__

City:        __San Diego__

State:       __California__        ZIP Code: __92101__

Voice Phone: __( 619)  239-9457__

FAX Phone:   __( 619)  239-9334__

E-mail:      __victor@pippinslaw.com__

Dated:   __10/21/2020__           Petitioner: __/s/Frank A. Perez__

**ORDER**

IT IS SO ORDERED.

DATED:  October 21, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE