ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00439-JAM |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| v. | |
| ALVARO RIOS-MADRID, | |
| Defendant. | |

Upon consideration of the unopposed motion of the United States filed under seal on August 20, 2025, and for the reasons set forth in the motion, the Court **GRANTS** the motion. The Court's February 12, 2020 Judgment (ECF No. 104), imposing a sentence of incarceration of 194 months, shall be **REDUCED** to a sentence of **188 months of imprisonment**. All other aspects of the original judgment shall remain in full force and effect.

IT IS SO ORDERED.

September 02, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE